without reaching the merits of the motion to proceed *in forma pauperis.*

No. 86–6093. PRESSER *v.* MONTGOMERY WARD & CO., INC. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 16, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 86–1025. IN RE POLYAK. C. A. 6th Cir. Petition for writ of common-law certiorari denied. 

No. 86–6161. IN RE HUMPHREY; and
No. 86–6261. IN RE SOGOIAN. Petitions for writs of habeas corpus denied.

No. 86–6011. IN RE GRISSO;
No. 86–6111. IN RE SEITU; and
No. 86–6123. IN RE JOHL. Petitions for writs of mandamus denied.

No. 86–781. KANSAS GAS & ELECTRIC CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL.; and
No. 86–793. KANSAS CITY POWER & LIGHT CO. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL. Appeals from Sup. Ct. Kan. Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE POWELL took no part in the consideration or decision of this motion and these cases. Reported below: 239 Kan. 483, 720 P. 2d 1063.